**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alexandra Lozano Immigration Law PLLC, et al., | No. CV-25-04558-PHX-SHD |
| Plaintiffs, | **ORDER** |
| v. | |
| Unknown Parties, | |
| Defendant. | |

Plaintiffs Alexandra Lozano Immigration Law PLLC and Alexandra Lozano ("Plaintiffs"), by and through undersigned counsel, having moved this Court for an order permitting Plaintiffs to conduct early discovery to identify the unknown Defendants in this matter, and good cause appearing therefor,

**IT IS HEREBY ORDERED**, granting Plaintiffs' *Ex Parte* Motion for Early Discovery, (Doc. 9).

**IT IS FURTHER ORDERED**, authorizing Plaintiffs to subpoena non-party domain name registrars for Defendants' websites for documents and electronically stored information sufficient to ascertain, or that may lead to the discovery of, the name, IP address, physical address, email address, and media access control address of Defendants and the devices and information they used to create and operate the alleged impersonating websites.

**IT IS FURTHER ORDERED**, authorizing Plaintiffs to subpoena non-party telecommunications carriers for the phone numbers used by Defendants for documents and electronically stored information sufficient to ascertain, or that may lead to the discovery of, the name, physical address, email address, and media access control address associated with such phone numbers.

**IT IS FURTHER ORDERED**, authorizing Plaintiffs to subpoena non-parties Google, Yahoo, Facebook, Instagram, TikTok, and Zelle for documents and electronically stored information sufficient to ascertain, or that may lead to the discovery of, the name, IP address, physical address, email address, and media access control address associated with the accounts, profiles, email addresses, and payment instruments used by Defendants in connection with the alleged impersonation scheme.

**IT IS FURTHER ORDERED**, authorizing Plaintiffs to subpoena the applicable internet service providers for documents and electronically stored information sufficient to ascertain, or that may lead to the discovery of, the name, address, email address, and media access control address associated with any IP address(es) produced to Plaintiffs in this matter.

This order constitutes an order under 47 U.S.C. § 551(c), authorizing the applicable internet service providers and telecommunications carriers to disclose personally identifiable information about their subscribers pursuant to a subpoena from Plaintiffs in this matter.

Dated this 20th day of January, 2026.

Honorable Sharad H. Desai
United States District Judge