**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Michael B. Dvoren, Esq. (AZ Bar # 027386)
Email: Michael@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Alexandra Lozano Immigration Law PLLC, a Washington Professional Limited Liability Company; and Alexandra Lozano, an individual;

Plaintiffs,

v.

John Does I-X; Jane Does I-X; ABC Partnerships I-X; DEF Limited Liability Companies I-X; and XYZ Corporations,

Defendants.

Case No.: 2:25-cv-04558 SHD

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (DOC. 13)**

Alexandra Lozano Immigration Law PLLC and Alexandra Lozano (collectively "Plaintiffs") by and through undersigned counsel, respectfully respond to the Court's Order to Show Cause (Doc. 13) as follows:

On March 3, 2026, the Court extended the deadline for Plaintiffs to serve Defendants up to and including June 3, 2026. (Doc. 12.)

Since that time, Plaintiffs have engaged in substantial discovery with third parties, including with banks and social media platforms, in order to ascertain the identities of the anonymous Defendants engaging in the torts alleged. The issue has been one of time and resources—the data received thus far appears to indicate a general idea of the whereabouts of who may be involved. However, the exact identities are still unknown as a result of the

RM WARNER INTERNET / CORPORATE LAWYERS

layers of complexity with which the defendants have designed their scheme. Plaintiffs have decided to discontinue their additional search for the responsible parties via litigation at this time.

Plaintiffs therefore agree that this matter should be dismissed, *without* prejudice, at this time.

Concurrently herewith, Plaintiffs are filing a Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

WHEREFORE, Plaintiffs respectfully request that the Court accept this Response to the Order to Show Cause and dismiss this action without prejudice.

Dated this 2nd day of July, 2026.

**RM WARNER, PLC**

By: */s/ Raeesabbas Mohamed*
Raeesabbas Mohamed, Esq.
*Attorney for Plaintiffs*