**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@rmwarnerlaw.com
Michael B. Dvoren, Esq. (AZ Bar # 027386)
Email: Michael@rmwarnerlaw.com
Tel: 480-331-9397
Fax: 1-866-961-4984
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Alexandra Lozano Immigration Law PLLC, a Washington Professional Limited Liability Company; and Alexandra Lozano, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>John Does I-X; Jane Does I-X; ABC Partnerships I-X; DEF Limited Liability Companies I-X; and XYZ Corporations,<br><br>Defendants. | Case No.: 2:25-cv-04558 SHD<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Alexandra Lozano Immigration Law PLLC and Alexandra Lozano (collectively "Plaintiffs"), by and through undersigned counsel, hereby give notice that this action is voluntarily dismissed without prejudice.

/ / /

/ / /

/ / /

This Notice is filed before service by any opposing party of an answer or a motion for summary judgment.

Dated this 2nd day of July, 2026.

**RM WARNER, PLC**

By: <u>*/s/ Raeesabbas Mohamed*</u>
Raeesabbas Mohamed, Esq.
*Attorney for Plaintiffs*

RMWARNER INTERNET / CORPORATE LAWYERS